THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Danny Ray Stephens, Appellant.
 
 
 

Appeal From Darlington County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 2005-UP-290
Submitted April 1, 2005  Filed April 21, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, for Appellant.  
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  Danny Ray Stephens appeals his guilty plea to voluntary manslaughter.  Counsel for Stephens attached to the final brief a petition to be relieved as counsel.  Stephens did not file a separate pro se response.
After a review of the record as required by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues that are arguable on their merits.  Accordingly, we dismiss Stephens appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
GOOLSBY, HUFF, and STILWELL, JJ., concur.